

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00171-CR

| | | |
|---|---|---|
| EDUARDO MARGARITO SOTO A/K/A EDWARDO MARGARITO SOTO, Appellant | § | On Appeal from the 297th District Court |
| | § | of Tarrant County (1439642D) |
| | § | August 22, 2019 |
| V. | § | Opinion by Justice Kerr |
| THE STATE OF TEXAS | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
  Justice Elizabeth Kerr